NEVADA NATIONAL BANK, a Banking Corporation, Appellant, v. JEFF HUNT and ZANE HUNT, Individually and Doing Business as HUNT BROS., Respondents.

No. 7644

March 27, 1975                    533 P.2d 161

*Guild, Hagen & Clark, Ltd.,* and *Thomas J. Hall,* of Reno, for Appellant.

*Wilson and Wilson, Ltd.,* of Elko, for Respondents.

## OPINION

*Per Curiam:*

A jury returned its general verdict for the plaintiffs awarding a lump sum as damages. It is contended that the award improperly includes money for loss of profits. The court did not instruct the jury regarding loss of profits as an item of damages. Written interrogatories were not submitted to the jury on the issue of damages. The record may be read to support the lump sum award. However, we do not deem the appeal frivolous as the respondents suggest.

Affirmed.